## H. K. BROMLEY v. STATE.

### No. 17161.

Court of Criminal Appeals of Texas.

Nov. 7, 1934.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for perjury; punishment, two years in the penitentiary.

We find accompanying the record an affidavit in proper form, made by appellant, asking the privilege of withdrawing his appeal. The request is granted.

The appeal is dismissed.

## J. W. BULLOCK v. STATE.

### No. 17090.

Court of Criminal Appeals of Texas.

Oct. 31, 1934.

G. C. Harris, of Greenville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for the unlawful possession of intoxicating liquor for the purpose of sale; penalty assessed at confinement in the penitentiary for three years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## Paul CAWTHON v. STATE.

### No. 17043.

Court of Criminal Appeals of Texas.

Nov. 14, 1934.

Bozeman & Cathey, of Quitman, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The appellant was tried and convicted of the offense of forgery, and his punishment assessed at confinement in the state penitentiary for a term of two years.

Affidavit in proper form has been filed by appellant asking this court to dismiss his appeal.

The motion is granted, and the appeal dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## Mitchell CLEVELAND v. STATE.

### No. 17142.

Court of Criminal Appeals of Texas.

Oct. 10, 1934.

A. A. Kern, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for theft; punishment, 210 days in the county jail.

We find accompanying this record an affidavit signed and sworn to by the appellant herein requesting that his appeal be dismissed. The request is granted.

The appeal is dismissed.